# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MDT PERSONNEL, LLC,

    Plaintiff,

v.                                                       Case No: 8:12-cv-1550-T-30EAJ

PRO-TECH FIRE PROTECTION
SYSTEMS, et al.,

    Defendants.

## ORDER

The Court has been advised via a Notice of Settlement of Claims (Dkt. #21) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of April, 2013.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                              F:\Docs\2012\12-cv-1550 dismissal.docx