**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MDT PERSONNEL, LLC,

    Plaintiff,

v.                                                                       Case No: 8:12-cv-1550-T-30EAJ

PRO-TECH FIRE PROTECTION
SYSTEMS, et al.,

    Defendants.

_____

<u>ORDER</u>

The Court has been advised via a Notice of Settlement of Claims (Dkt. #21) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of April, 2013.

                                                                                /s/ James S. Moody, Jr.
                                                                                JAMES S. MOODY, JR.
                                                                                 UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record                                      F:\Docs\2012\12-cv-1550 dismissal.docx